# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ME2 Productions, Inc. | ) | |
| | ) | Case No: 17 C 2996 |
| v. | ) | |
| | ) | Chief Judge Ruben Castillo |
| Does 1 - 21 | ) | |

## ORDER

After a careful review of this recently filed lawsuit, Plaintiff's counsel is authorized to proceed with expedited discovery and issue subpoena(s) to determine the identity of the Doe defendants. In the meantime, Plaintiff's <u>Doe</u> complaint is dismissed without prejudice to the filing of a proper amended complaint which expressly names the defendant(s). All discovery and third party subpoena(s) must be complied with even though the pending complaint is dismissed without prejudice.

Date:  April 26, 2017        /s/ _____
                                Chief Judge Ruben Castillo